IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| PRINCE MCCOY, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-0153 |
| | § | |
| JOHN T. STOKES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR LEAVE TO AMEND

Before the Court is plaintiff's Motion for Leave to File Amended Complaint (ECF No. 10). The Court notes that plaintiff has not attached a proposed amended complaint to his motion. Although plaintiff attached an "exhibit" to his motion, this is not a proposed amended complaint on the proper form.

Local Rule 15.1(a) of the Local Rules of Court for the United States District Court for the Northern District of Texas requires that a copy of the proposed amended or supplemental complaint be attached to a motion for leave to amend or supplement. The failure to submit a copy of a proposed amended complaint is sufficient to support a denial of the motion. Plaintiff must submit the proposed amended complaint *on the proper form*.

For the reasons set forth above, plaintiff's "Motion for Leave to File an Amended Complaint" is DENIED FOR FAILURE TO ATTACH A COPY OF THE PROPOSED AMENDED COMPLAINT ON THE PROPER FORM.

This Order terminates docket entry number 10.

IT IS SO ORDERED.

ENTERED on May 15, 2020.

*/s/ Lee Ann Reno*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE