CLERK                                            May. 28, 2020
United States District Court
Northern District of Texas          Prince McCoy v. John T. Stokes, et al.
205 S.E. 5th Ave., Room 133         Civil case # 2:18-CV-0153
Amarillo, TX. 79101

RECEIVED JUN - 8 2020 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

Dear Clerk,

Hello. I would like to ask if you would please send me a copy of this courts' local Rules of Court for the United States District Court for the Northern District of Texas, Amarillo Division. This request is to be able to file motions correctly to support my claims and allegations, and to prevent my motions from being denied, and to fully comply with the courts Rules. Thank you Kindly!

Sincerely,

Mr. Prince McCoy Jr
#852958
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705



NAME: MR. PRINCE MCGEE SR
TDC# 1852958
STILES
3060 FM 3514
BEAUMONT, TEXAS 77705

NORTH HOUSTON TX 773
02 JUN 2020

LEGAL MAIL

Clerk
United States District Court
Northern District of Texas
205 S.E. 5th Ave., Room 133
Amarillo, TX 79101

RECEIVED
JUN - 8 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79101-155999